IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE: O. Edward Schlatter                    Shawn Schroeder, Deputy Clerk

Date: March 14, 2007
Violation/Case Number: 07-mj-07003
                                               FTR / CD

UNITED STATES OF AMERICA                       Capt.  Lauren Doyle

    v.

RHIANNON ELUGARDO                              Christine Dieringer

**( ) INITIAL APPEARANCE    ( ) ARRAIGNMENT    ( ) SENTENCING  (X) Change of Plea**

Defendant present with counsel. Advises Court that they have reached a plea agreement. Counsel for government moves to dismiss the Information. Motion granted. Defendant enters plea of guilty to amended charge of broken taillight. Defendant sentenced to $15.00 fine plus $10.00 special assessment. All pending motions deemed moot.

Hearing Concluded.