# UNITED STATES DISTRICT COURT

### DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> **(For a Petty Offense)** — Short Form |
| v. | CASE NUMBER:  07-mj-07003 |
| RHIANNON ELUGARDO | Christine Dieringer |

**THE DEFENDANT:**

Pleaded guilty to the amended charge of broken tail light. On motion of the government, the Information previously filed is dismissed.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| **Title & Section** | **Nature of Offense** | **Date Offense Concluded** | **Count Number(s)** |
|---|---|---|---|
| CRS 42-4-206 | Broken tail light | 6/24/2006 | 1 |
| 18 US 13 | | | |

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $10.00 | $25.00 |

3/14/2007
Date of Imposition of Judgment

s/O. Edward Schlatter
Signature of Judicial Officer

O. Edward Schlatter
U.S. Magistrate Judge
Name & Title of Judicial Officer

3/14/2007
Date